**Ron J. SMITH, Plaintiff–Appellant,**

v.

**BRISTOL MYERS SQUIBB COMPANY, INC., University of California Irvine, and Steven G. Potkin, M.D., Defendants–Appellees.**

No. 05–1505.

United States Court of Appeals,
Federal Circuit.

Sept. 22, 2005.

Ron J. Smith, pro se.

### ORDER

On August 26, 2005 the court issued an order allowing Ron J. Smith ("Smith") 14 days to show cause why this appeal should not be dismissed as untimely. Smith has failed to respond. Smith has also failed to pay the filing fee for this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.